COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Matthew F. Gately
Walter M. Luers
Michael J. Alderman
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Telephone: (201) 845-9600
Facsimile: (201) 845-9423

*Liaison Counsel for Lead Plaintiffs*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NETWORK RACING PTY LTD., NAHI BEAINI, LRJ SUPERANNUATION FUND, AND DE STOOP INVESTMENTS PTY LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IREN LIMITED, DANIEL ROBERTS, WILLIAM ROBERTS, DAVID BARTHOLOMEW, CHRISTOPHER GUZOWSKI, MICHAEL ALFRED,<br>J.P. MORGAN SECURITIES LLC, CANACCORD GENUITY LLC, CITIGROUP GLOBAL MARKETS INC., CANTOR FITZGERALD & CO., GALAXY DIGITAL PARTNERS LLC, COMPASS POINT RESEARCH & TRADING, LLC, and MACQUARIE CAPITAL (USA) INC.,<br><br>Defendants. | Case No. 2:22-cv-7273-ES-MAH<br><br>Class Action<br><br>The Honorable Esther Salas<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE <u>THIRD CIRCUIT</u>** |

PLEASE TAKE NOTICE that Lead Plaintiffs Network Racing Pty Ltd., Nahi Beaini, LRJ Superannuation Fund, and De Stoop Investments Pty Ltd., on behalf of themselves and all others

similarly situated, and pursuant to 28 U.S.C. § 1291, appeal to the United States Court of Appeals for the Third Circuit from:

- the Ruling on the Record entered on February 18, 2026 (ECF. No. 109); and
- the Order of Dismissal entered on February 18, 2026 (ECF. No. 110)

of the United States District Court, District of New Jersey, entered in this action on February 18, 2026.

DATED: March 13, 2026

Respectfully submitted,

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP

*s/ Michael Alderman*
Michael J. Alderman

Matthew F. Gately
Walter M. Luers
Michael J. Alderman
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Telephone: (201) 845-9600
Facsimile: (201) 845-9423
E-mail: mfg@njlawfirm.com
ma@njlawfirm.com
wml@njlawfirm.com

*Liaison Counsel for Lead Plaintiffs*

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (*pro hac vice*)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
E-mail: fbottini@bottinilaw.com

*Lead Counsel for Lead Plaintiffs*

Case: 26-1560 Document: 1-1 Page: 3 Date Filed: 03/20/2026

**CERTIFICATE OF SERVICE**

I, Michael J. Alderman, an attorney duly admitted to practice in this District, hereby certify that, on March 13, 2026, I caused a true copy of the foregoing Notice of Appeal to be electronically filed with the Clerk of the Court for the United States District Court, District of New Jersey by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

DATED: March 13, 2026

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP

*s/ Michael Alderman*
Michael J. Alderman