NETWORK RACING PTY LTD; NAHI BEAINI;
LRJ SUPERANNUATION FUND;
DE STOOP INVESTMENTS PTY LTD,

Appellants

v.

IREN LIMITED; DANIEL ROBERTS; WILLIAM ROBERTS; DAVID BARTHOLOMEW;
CHRISTOPHER GUZOWSKI; MICHAEL ALFRED;
JP MORGAN SECURITIES LLC; CANACCORD GENUITY LLC;
CITIGROUP GLOBAL MARKETS LLC; CANTOR FITZGERALD & CO;
GALAXY DIGITAL PARTNERS LLC; COMPASS POINT RESEARCH & TRADING LLC;
MACQUARIE CAPITAL (USA) INC